No. 43969.—Protests 796991–G, etc., of Samuel S. Perry et al. (Portland, Oreg.).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) the cocoa fiber mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed.

BEFORE THE THIRD DIVISION, JUNE 18, 1940

No. 43970.—Protest 995518–G of Goldfarb Novelty Co. (New York).

Opinion by CLINE, J. It was found that the article is made from a sea shell and the question at issue is its practicability for use as an ashtray. The plaintiff claims that although they were designed as ashtrays they could not be used as such because of a few holes in the shell through which the ashes could leak out. It was found that they are something more than ornaments and have every indication of being ashtrays. The protest was therefore overruled.

No. 43971.—Protest 979935–G of American Express Co. (Boston).

Opinion by CLINE, J. The protest was dismissed on motion of counsel.

No. 43972.—Protest 984975–G of Reiss Premier Pipe Co., Inc. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.

No. 43973.—Protest 987673–G of Hoyt, Shepston & Sciaroni (San Francisco).

Opinion by EVANS, J. It appeared from the evidence that the collector was in error in assessing the 3 percent additional duty. The protest was therefore sustained.

No. 43974.—Protest 990594–G of David Mendelsohn (New York).

Opinion by EVANS, J. There was no proof in the record of clerical error. The protest was therefore overruled.

JUNE 12, 1940

No. 43975.—————Protest 971966–G of W. X. Huber. Abstract 43533. Application by Government for rehearing denied.

No. 43976.—————Protest 969282–G of Pacific Trading Co. C. D. 335. Application by Government for rehearing denied.